IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NANCY GRIFFIES                              :
                                            :
       v.                                   : Civil Action No. 08-19 GMS
                                            :
MICHAEL ASTRUE,                             :
COMMISSIONER OF SOCIAL                      :
SECURITY                                    :

### **ORDER**

WHEREAS, on January 9, 2008, a complaint was filed in the above-captioned case (D.I. 2);

WHEREAS, on May 3, 2008, an Answer to the Complaint was filed by Michael Astrue (D.I. 11);

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared, proposed briefing schedule to the court by June 6, 2008.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

May __6__, 2008

FILED

MAY - 6 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE